UST-32, 3-03

BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ 85064
(602) 283-4468

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| TODD, MELANIE | ) | CASE NO. 05-17954-PHX-CGC |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

  BRIAN J. MULLEN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3007 | 12/20/09 | MELANIE TODD<br>140 N CREST<br>RAYMORE, MO 64083 | $657.83 |

| November 8, 2010 | /s/ |
|---|---|
| DATE | BRIAN J. MULLEN |